CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–7931. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7932. STEPHENS *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–7939. REED *v.* FT. WORTH INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–7951. MUTH *v.* CARROLL ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7954. BAXTER *v.* CLARK, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 90–7956. PARKER *v.* AMERICAN NATIONAL RED CROSS. C. A. 11th Cir. Certiorari denied.

No. 90–7957. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–7958. SAVAGE *v.* ESTELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7959. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–7960. ZATKO *v.* MARSHALL. C. A. 9th Cir. Certiorari denied.

No. 90–7962. VENERI *v.* FULCOMER, DEPUTY COMMISSIONER, WESTERN REGION, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7964. LABOY *v.* KELLY ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7968. RICKETTS *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.